## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** JOAN M. AZRACK     **DATE :** 5/2/11

**DOCKET NUMBER:** 11 CR 294 (KAM)     **LOG #:** 318-327

**DEFENDANT'S NAME :** ISAAC GINDI
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :** PAUL RINALDO
   ___ Federal Defender    ✓ CJA    ___ Retained

**A.U.S.A:** TODD KAMINSKY     **DEPUTY CLERK :** K. DILORENZO

**INTERPRETER :** _____ (Language) _____

___ Hearing held.    ___ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___ Start___ Stop___

___ Order of Speedy Trial entered.  Code Type___ Start___ Stop___

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

✓ Attorney Appointment of ___ FEDERAL DEFENDER  ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for 5/5 @ 12:00 before Judge Matsumoto

**OTHERS :** Temporary order entered. Bail hearing set for 5/3/11 @ 2pm.