# JONATHAN KAYE

ATTORNEY AT LAW
35-16 BELL BOULEVARD
SUITE 201
BAYSIDE, NEW YORK 11361
(718) 746-5017
FACSIMILE (718) 281-4746

January 15, 2012

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
(by ECF and U.S. Mail)

Re:     United States v. Issac Gindi
        Docket No.  11-CR-294(KAM)

Dear Judge Matsumoto:

Mr. Gindi took a plea before Your Honor on November 22, 2011 and is scheduled to be sentenced on April 20, 2012. I write this letter on behalf of my client seeking a modification of his conditions for release. Mr. Gindi's young children have their winter recess the last two weeks of January 2012. Mr. Gindi would like, with the Court's permission, to be able to take them on a short vacation to Pennsylvania on January 23, 24, and 25, 2012.  The location is in East Stroudsburg Pennsylvania, more specifically The Fernwood Resort, 5785 Milford Road, East Stroudsburg, PA 18301, telephone number 800 770 3765.

Therefore, it is requested that Mr. Gindi's release conditions be modified to allow him to travel on January 23, 24, and 25, 2012 to East Stroudsburg PA with his family. I have advised the attorney for the Government, A.U.S.A. Marisa Seifan of my intent to make this application and she has told me that the Government has no objection to this modification.

Thank you for your consideration of this matter.

.

Respectfully submitted,

S/ Jonathan Kaye

cc:     AUSA Marisa Seifan (by ECF)
        The Clerk of the Court (by ECF)