**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of February, two thousand and fifteen,

_____

United States of America,

Appellee,

v.

Daniel Baddouch,

Defendant,

Isaac Gindi,

Defendant - Appellant.

_____

**ORDER**
Docket Number: 13-4564

A notice of appeal was filed on December 4, 2013. Appellant's brief and any required appendix, due February 17, 2015, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective March 13, 2015 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/08/2015